IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BRANDON JONES,

   Plaintiff,

vs.

RICHARD ROUNDTREE, JOHNNY MASON ATKINSON, AUSTIN KEITH BIRCH, JOHN WESLEY WHITAKER, MELISSA L. MORELLO, DANIEL D'VERSA, DANTAVION JONES,

   Defendants.

CASE NO.: _____

## NOTICE OF REMOVAL

COME NOW Defendants and file this Notice of Removal pursuant to 28 U.S.C. § 1441 and 1446, showing the Court the following:

1. Plaintiff filed a Complaint in the Superior Court of Richmond County on May 6, 2024, styled *Brandon Jones v. Richard Roundtree, Johnny Mason Atkinson, Austin Keith Birch, John Wesley Whitaker, Melissa Morello, Daniel D'Versa, and Dantavion Jones*, Civil Action No. 2024-RCCV-337, a copy of which is attached as Exhibit A.

2. Plaintiff served or attempted service on Defendants from May 7, 2024 through May 16, 2024, and copies of the affidavits of service are attached as Exhibit B.

3. This Notice of Removal is being filed within 30 days of service on Defendants pursuant to 28 U.S.C. § 1446(b).

4. Plaintiff brought this action pursuant to 42 U.S.C. § 1983 asserting violations of the Eighth and Fourteenth Amendments.

5. Plaintiff also alleges state law claims under the Georgia Constitution and Georgia common law.

6. This action presents a federal question over which the District Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331; it also presents a claim over which the District Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

7. Pursuant to 28 U.S.C. § 1441, this action can be removed to federal court.

8. A copy of the Notice of Filing Notice of Removal, which is attached as Exhibit C, will be provided to Plaintiff and the Clerk of the Superior Court of Richmond County as required by 28 U.S.C. § 1446(b).

**Wherefore**, Defendants move that this action be removed to this Court and that no further proceedings be had in the Superior Court of Richmond County.

Respectfully submitted this 4th day of June 2024.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| BRANDON JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD ROUNDTREE, JOHNNY MASON ATKINSON, AUSTIN KEITH BIRCH, JOHN WESLEY WHITAKER, MELISSA L. MORELLO, DANIEL D'VERSA, DANTAVION JONES,<br><br>    Defendants. | CASE NO.: _____ |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing **Notice of Removal** in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, via email, or via the United States Mail with adequate postage attached thereon to:

Joseph Rhodes
Joseph T. Rhodes Law Firm
3540 Wheeler Road, suite 402
Augusta, GA 30909
joe@jrhodeslawfirm.com

This 4th day of June, 2024.

/s/Tameka Haynes_____
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729


*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

3