IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-085 |
| | ) | |
| RICHARD ROUNDTREE; JOHNNY | ) | |
| MASON ATKINSON; AUSTIN | ) | |
| KEITH BIRCH; JOHN WESLEY | ) | |
| WHITAKER; MELISSA L. MORELLO; | ) | |
| DANIEL D'VERSA; DANTAVION | ) | |
| JONES, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff's counsel has not made an appearance after removal despite notice from the Clerk of Court on June 5, 2024, of his requirement to do so by the deadline of ten days after issuance of the notice. (<u>See</u> doc. no. 2.) By no later than Thursday, June 27, 2024, Plaintiff's counsel shall file a notice of appearance or a notice identifying any substitute counsel. The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's counsel by email and U.S. Mail.

SO ORDERED this 20th day of June, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA