IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANDON JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-085 |
| | ) | |
| RICHARD ROUNDTREE; JOHNNY | ) | |
| MASON ATKINSON; AUSTIN KEITH | ) | |
| BIRCH; JOHN WESLEY WHITAKER; | ) | |
| MELISSA L. MORELLO; DANIEL | ) | |
| D'VERSA; and DANTAVION JONES, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The September 6, 2024 Scheduling Order directed the parties to file a Joint Status Report by December 3, 2024, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. no. 11.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's September 6th Order on or before December 12, 2024.[1]

SO ORDERED this 5th day of December, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.