IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BRANDON JONES,

    Plaintiff,

vs.

RICHARD ROUNDTREE, JOHNNY
MASON ATKINSON, AUSTIN KEITH
BIRCH, JOHN WESLEY WHITAKER,
MELISSA L. MORELLO, DANIEL
D'VERSA, DANTAVION JONES,

    Defendants.

CASE NO.: 1:24-cv-85

## JOINT STATUS REPORT

COME NOW Plaintiff and Defendants and file this Joint Status Report, showing the Court the following:

1. Do the parties agree mediation should be attempted prior to summary judgment motions, and all deadlines stayed for this purpose?

   **Yes.**

2. If the parties answered yes to question 1, do the parties prefer the assigned Magistrate Judge or a private mediator?

   **Magistrate Judge.**

3. If the parties prefer a private mediator, specify a date-certain deadline for mediation to be completed and the stay lifted. From that date, summary judgment motions will be due in thirty days.

   **N/A**

4. If the parties prefer the assigned Magistrate Judge as mediator, list two dates within the next six weeks when all parties and their authorized representatives are available for mediation.

   **January 6, 2025 or January 8, 2025.  The parties agree that this case along with related cases 1:24-cv-86 and 1:24-cv-87 can be mediated on the same day.**

Respectfully submitted this 12th day of December 2024.

Attorney for Defendants:

/s/Tameka Haynes_____
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

**Frails & Wilson LLC**
211 Pleasant Home Rd.,
Suite A-1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

Attorney for Plaintiff:

\_/s/Joseph Rhodes\_\_\_\_\_
**Joseph Rhodes**
Georgia Bar No. 309847

**Joseph T. Rhodes Law Firm**
3540 Wheeler Road
Suite 402
Augusta, GA 30909
Phone: 706-530-1212

joe@jrhodeslawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BRANDON JONES,

    Plaintiff,

vs.

RICHARD ROUNDTREE, JOHNNY
MASON ATKINSON, AUSTIN KEITH
BIRCH, JOHN WESLEY WHITAKER,
MELISSA L. MORELLO, DANIEL
D'VERSA, DANTAVION JONES,

    Defendants.

CASE NO.: 1:24-cv-85

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that the within and foregoing **Joint Status Report** was served upon the following party in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system or by depositing a copy in the United States Mail with adequate postage thereon to:

Joseph Rhodes
Joseph T. Rhodes Law Firm
3540 Wheeler Road, suite 402
Augusta, GA 30909
joe@jrhodeslawfirm.com

This 12th day of December 2024.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

3